ERIC D. HOUSER (SBN 130079)
ELIZABETH DOLAN SCOTT (SBN 241376)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone:   (949) 679-1111
Facsimile:   (949) 679-1112
Email: escott@houser-law.com

Attorneys for Defendants OCWEN LOAN SERVICING, LLC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR EQUIFIRST LOAN SECURITIZATION TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 (Erroneously sued as DEUTSCHE BANK, NATIONAL TRUST COMPANY,TRUSTEE EQUIFIRST LOAN SECURITIZATION TRUST)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN COPE,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DEUTSCHE BANK, NATIONAL TRUST COMPANY,TRUSTEE EQUIFIRST LOAN SECURITIZATION TRUST, All Persons Claiming Any Legal or Equitable Right, Title, Estate Lien, Or Interest In the Property Described In The Complaint Adverse to Plaintiff's Title, Or Any Cloud On Plaintiffs' Title Thereto and DOES 1- through100 inclusive,<br><br>Defendants. | Case No. 2:13-cv-00791-KJM-CMK<br><br>Honorable Kimberly J. Mueller<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANTS OCWEN LOAN SERVICING, LLC. AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR EQUIFIRST LOAN SECURITIZATION TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1**<br><br>[Federal Rule of Civil Procedure 12(b)(6)]<br><br>Date: June 7, 2013<br>Time: 10:00 a.m.<br>Dept: 3 – 15th Floor<br><br>Complaint Filed: March 5, 2013<br>Trial Date: None |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 7, 2013, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3, of the above-entitled Court located at 501 "I" Street,

1  Sacramento, CA 95814, defendants OCWEN LOAN SERVICING, LLC. and DEUTSCHE
2  BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR EQUIFIRST LOAN
3  SECURITIZATION TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES,
4  SERIES 2007-1 (Erroneously sued as DEUTSCHE BANK, NATIONAL TRUST
5  COMPANY,TRUSTEE EQUIFIRST LOAN SECURITIZATION TRUST) will and hereby do
6  move the Court to dismiss the Complaint of Plaintiff Kevin Cope.

7  This motion is made and based upon Federal Rule of Civil Procedure 12(b)(6) and on
8  the grounds that the claims contained in Plaintiff's Complaint fail to state a claim upon which
9  relief can be granted.

10  This motion is based upon this Notice of Motion, the Memorandum of Points and
11  Authorities, and upon all pleadings, papers, and documents on file herein, as well as any oral
12  argument which may be presented at the time of the hearing or any matters of which judicial
13  notice is requested and/or taken.

Dated: April 30, 2013

HOUSER & ALLISON
A Professional Corporation

*Elizabeth D. Scott*

Eric D. Houser
Elizabeth Dolan Scott
Attorneys for Defendant OCWEN LOAN
SERVICING, LLC.; DEUTSCHE BANK
NATIONAL TRUST COMPANY, AS
TRUSTEE FOR EQUIFIRST LOAN
SECURITIZATION TRUST 2007-1,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-1
(Erroneously sued as DEUTSCHE BANK,
NATIONAL TRUST
COMPANY,TRUSTEE EQUIFIRST
LOAN SECURITIZATION TRUST